**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v. | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| CLAIRE PATRICIA HAVILAND, et al., ZACHARY S. WINTERS (9) | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on  March 13, 2025  at  1:30 p.m.  before Judge/Magistrate Judge  Castillo, Duty Magistrate Judge
    *(Date of Appearance)*      (Time)

Dated: _____

**U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)    ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM